AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

John Brancato,

　　　　　　　　Plaintiff,

V.

Carolyn W. Colvin,

　　　　　　　　Defendant.

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE**

Case Number: 2:13-cv-01212-RFB-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

　IT IS ORDERED AND ADJUDGED

that John Brancato be awarded attorney fees in the amount of four thousand five hundred dollars ($4,500.00) under 28 U.S.C. § 2412(d), and costs in the amount of four hundred dollars ($400.00) under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

| 02/29/2016 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ NEV |
| | (By) Deputy Clerk |