AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

John Brancato,

             Plaintiff,

  v.

Commissioner of Social Security,

             Defendants.

JUDGMENT IN A CIVIL CASE FOR ATTORNEY FEES

Case Number: 2:13-cv-01212-RFB-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered the Court awards attorney fees pursuant to 42 U.S.C. § 406 in the amount of $28,857.00 to Plaintiff's counsel, Rohlfing & Kalagian. The Commissioner is directed to certify this fee amount and pay it to counsel. Plaintiff's counsel is directed to refund Plaintiff, John Brancato, $4,500.

11/10/2020
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk